STAHL & ZELMANOVITZ
Joseph Zelmanovitz (JZ-0085)
Evan M. Newman (EN-2724)
747 Third Ave, Suite 33B
New York, New York 10017
*Attorneys for Plaintiff Spa World Corp.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X    Case No. 09 CV 1711 (TCP) (AKT)
SPA WORLD CORP.,

       Plaintiff,

    -against-

YALE LIPSCHIK, et al.,

       Defendants.
-------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Spa World Corp., through its undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against defendant Brian Gellman.

Dated: New York, New York
       February 9, 2011

          STAHL & ZELMANOVITZ
          *Attorneys for Plaintiff*
          *Spa World Corp.*

          By:_____/S/_____
             Joseph Zelmanovitz (JZ-0085)
             Evan M. Newman (EN-2724)
          747 Third Avenue, Suite 33B
          New York, New York 10017
          (212) 826-6422

TO: Matthew Bizzaro, Esq.
L'ABBATE, BALKAN, COLAVITA,
& CONTINI, LLP
*Attorneys for Defendant Yale Lipschik*
1001 Franklin Avenue, 3rd Floor
Garden City, New York 11530

Jordan Sklar, Esq.
BABCHIK & YOUNG, LLP
*Attorneys for Defendants Leah Lipschik,*
*Seth Wolfish, YSL Corp., and YSL Consulting, Inc.*
200 East Post Road, 2nd Floor
White Plains, New York 10601

Chris Zeh, Esq.
MCNAMARA & ZEH, P.C.
*Attorneys for Defendant Brian Gellman*
560 Broadhollow Road, Suite 302
Melville, New York 11747

*So Ordered 03/02/11*

*[signature]*
*USDJ*

2